CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 1 2015

JULIA C. DUDLEY, CLERK
BY: /s/ S. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LESLIE REDMOND, | CASE NO. 7:15CV00101 |
| Petitioner, | |
| v. | FINAL ORDER |
| MR. ZYTCH, WARDEN, | By: Glen E. Conrad |
| | Chief United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice; the clerk is **DIRECTED** to amend the court's docket to reflect that petitioner's name is Leslie Redmond; and this action is stricken from the active docket of the court.

ENTER: This 31st day of March, 2014.

/s/ Glen E. Conrad
Chief United States District Judge